# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL L. WINSTON,

                              Plaintiff,                    Case No. 16-CV-1420-JPS

v.

LT. HANNAH, LT. TOWNS, ERIN
QUANDT, OFFICER DANZLER, and
OFFICER EMANUELE,

                              Defendants.                  **ORDER**

On March 28, 2017, Plaintiff filed a motion for leave to amend his complaint. (Docket #15). Plaintiff seeks to provide the true identities of the John Doe defendants and adjust his demand for relief slightly. *Id.* Plaintiff does not attempt to add new substantive allegations.[1] Further, Defendants have responded that they do not oppose Plaintiff's proposed amendment. (Docket #16). The motion will, therefore, be granted and his amended complaint (Docket #15-1) shall be his operative pleading in this matter.[2] Plaintiff shall continue to proceed on the claim identified in the Court's December 13, 2016 screening order. (Docket #9 at 5). The Court will remove the John Doe placeholders from the case caption.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for leave to file an amended

---

[1]Plaintiff also adds a "legal theory" section to his complaint but it is of no effect; a pleading is not the vehicle for making legal arguments.

[2]Plaintiff also filed a motion for an extension of time related to amending his complaint, but it was docketed in his other pending case. (Docket #17). The motion will be denied as moot.

complaint (Docket #15) be and the same is hereby **GRANTED**;

IT IS FURTHER ORDERED that Plaintiff's motion for an extension of time (Docket #17) be and the same is hereby **DENIED as moot**;

IT IS FURTHER ORDERED that pursuant to the informal service agreement between Milwaukee County and this Court, copies of plaintiff's complaint and this order will be electronically sent to Milwaukee County for service on the newly identified defendants; and

IT IS FURTHER ORDERED that, pursuant to the informal service agreement between Milwaukee County and this Court, the newly identified defendants shall file a responsive pleading to the complaint within sixty (60) days of receiving electronic notice of this order.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Page 2 of 2